IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PHILIP ROBINSON )
)
VS. ) 3-01-CV-133-R
)
DALLAS POLICE DEPARTMENT, ET AL )

<u>O R D E R</u>

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions and recommendation of the United States Magistrate Judge are adopted.

SIGNED AND ENTERED this 11 day of April, 2001.

_____
UNITED STATES DISTRICT JUDGE

