IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PHILIP ROBINSON )
)
VS. ) 3-01-CV-133-R
)
DALLAS POLICE DEPARTMENT, ET AL )

### JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED AND DECREED that the complaint be dismissed with prejudice as frivolous pursuant to 28 U.S.C. §1915A(b)(1) and 28 U.S.C. §1915(e)(2)(b)(i).

IT IS FURTHER ORDERED that the Clerk shall transmit a true copy of this judgment and the order adopting the Findings, Conclusions and Recommendation of the United States Magistrate Judge to Plaintiff.

SIGNED AND ENTERED __11__ day of __April__, 2001.

_____
UNITED STATES DISTRICT JUDGE