IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PHILIP ROBINSON, #743748, | ) |
| | ) |
| v. | )  3:01-CV-133-R |
| | ) |
| DALLAS POLICE DEPT., et al., | ) |

## NOTICE OF DEFICIENCY AND ORDER

Upon review of the Notice of Appeal filed in the above styled and numbered cause, the following deficiencies appear:

( )  Signature of the attorney of record or each party proceeding *pro se* is required on each pleading, motion or other paper filed by that party. (See Federal Rule of Civil Procedure 11). Plaintiff must submit a new and properly signed:   ( ) request to proceed *in forma pauperis* on appeal.

(X)  The $105 appellate filing fee has not been paid nor has a request to proceed *in forma pauperis* on appeal been submitted. Plaintiff must submit a request to proceed *in forma pauperis* on appeal which includes a certification of the balance and deposits in his inmate trust account for the prior six months.

( )  The request to proceed *in forma pauperis* on appeal does not include a certification of the balance and deposits in his inmate trust account for the prior six months. Plaintiff must submit a new request to proceed *in forma pauperis* on appeal which includes a certification of the balance and deposits in his inmate trust account for the prior six months.

**The Clerk of the Court shall take the following indicated action:**

(X)  A true copy of this order shall be mailed to each plaintiff or his/her attorney of record.

(X)  A form application to proceed *in forma pauperis* on appeal shall be mailed to each plaintiff.

It is hereby **ORDERED** that plaintiff(s)/petitioner(s) shall cure each aforementioned deficiency within thirty (30) days of the date of this order.

SIGNED this 7th day of May, 2001.

Wm. F. Sanderson Jr.
UNITED STATES MAGISTRATE JUDGE